# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: YONKEE, ROBERT J, JR.                  §      Case No. 08-72959-TML
                                              §
                                              §
                                              §
Debtor(s)                                     §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
STEPHEN G. BALSLEY                  , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

U.S. Courthouse
327 South Church Street
Room 1100
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 06/17/2015 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  05/21/2015          By:     /s/ STEPHEN G. BALSLEY
                                            Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: YONKEE, ROBERT J, JR.          §     Case No. 08-72959-TML
                                      §
                                      §
Debtor(s)                             §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 10,000.05 |
| *and approved disbursements of* | $ | 162.89 |
| *leaving a balance on hand of* [1] | $ | 9,837.16 |

**Balance on hand:**          $          9,837.16

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:     $          0.00
Remaining balance:     $     9,837.16

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,750.01 | 0.00 | 1,240.51 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 11,451.50 | 0.00 | 8,117.51 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 132.91 | 0.00 | 94.22 |
| Charges, U.S. Bankruptcy Court | 543.00 | 0.00 | 384.92 |

Total to be paid for chapter 7 administration expenses:     $     9,837.16
Remaining balance:     $          0.00

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ _____ 0.00

Remaining balance: $ _____ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ _____ 0.00

Remaining balance: $ _____ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 305,749.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Bernice Fitak | 300,000.00 | 0.00 | 0.00 |
| 2 | Liebmann, Conway, Olejniczak& Jerry | 3,764.50 | 0.00 | 0.00 |
| 3 | eCAST Settlement Corporation, assignee | 1,485.18 | 0.00 | 0.00 |
| 4 | Rockford Mercantile | 500.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ _____ 0.00

Remaining balance: $ _____ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:    $        0.00

Remaining balance:    $        0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $        0.00

Remaining balance:    $        0.00

Prepared By:  /s/STEPHEN G. BALSLEY

Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 08-72959-TML
Robert J Yonkee, Jr.                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett          Page 1 of 2          Date Rcvd: May 22, 2015
                             Form ID: pdf006          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2015.
db          +Robert J Yonkee, Jr.,   12624 Ventura Blvd,   Machesney Park, IL 61115-1055
12608283    +Amcore Bank,   501 7th Street,   Rockford, IL 61104-1245
12608286     Capital One,   PO Box 30281,   Salt Lake City, UT 84130-0281
12608289    +First Premier Bank,   601 S. Minnesota Ave.,   Sioux Falls, SD 57104-4868
12608291    +Gandrud,   PO Box 487,   Green Bay, WI 54305-0487
12608292    +HSBC,   PO Box 5253,   Carol Stream, IL 60197-5253
12608293    +Illinois Department of Revenue,   Springfield, IL 62776-0001
12608294    +Kenneth Eisen & Associates,   777 E Missouri Ave Suite 1,   Phoenix, AZ 85014-2830
12608295    +Liebmann, Conway, Olejniczak& Jerry,   231 S Adams St,   Green Bay, WI 54301-4513
12608296    +Mark D Wetterquist,   135 S LaSalle St Suite 2300,   Chicago, IL 60603-4152
12608297     Medical Business Bureau,   PO Box 1219,   Park Ridge, IL 60068-7219
12608298    +Merchants Credit Guide,   223 W. Jackson Street,   Chicago, IL 60606-6914
12608303    +Rockford Mercantile,   2502 S Alpine Rd,   Rockford, IL 61108-7813
12608304    +Van Dinter & Associates,   28069 Diaz Rd Suite E,   Temecula, CA 92590-3465
15543259     eCAST Settlement Corporation, assignee,   of HSBC Bank Nevada and its Assigns,   POB 35480,
             Newark, NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12608284    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 23 2015 00:38:02     Asset Acceptance,
             PO Box 2036,   Warren, MI 48090-2036
12608287    +E-mail/Text: aquist@creditorsprotection.com May 23 2015 00:39:12     Creditors Protection,
             202 W. State St. Suite 300,   Rockford, IL 61101-1163
12608300    +E-mail/Text: bankrup@aglresources.com May 23 2015 00:37:09     Nicor Gas,   PO Box 8350,
             Aurora, IL 60507-8577
12608301    +E-mail/Text: clientservices@northwestcollectors.com May 23 2015 00:37:44
             Northwest Collectors,   3601 Algonquin Rd. Suite 500,   Rolling Meadows, IL 60008-3143
12608302     E-mail/Text: mmrgbk@miramedrg.com May 23 2015 00:38:13     Pellettieri & Associates,
             991 Oak Creek Drive,   Lombard, IL 60148-6408
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12608290*   +First Premier Bank,   601 S. Minnesota Ave.,   Sioux Falls, SD 57104-4868
12608285    ##+Brustin & Lundblad, Ltd,   c/o Charles E Webster,   100 W. Monroe Suite 400,
             Chicago, IL 60603-1967
12608288    ##+Dependon Collection Service,   120 W 22nd St Suite 360,   Oak Brook, IL 60523-4070
12608299    ##+Meyer & Njus,   134 N. LaSalle St. Suite 1840,   Chicago, IL 60602-1100
                                                                             TOTALS: 0, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2015                          Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2015 at the address(es) listed below:
        Abraham  Brustein, ESQ   on behalf of Defendant Robert J Yonkee, Jr.
        abrustein@dimonteandlizak.com,  jjarke@dimontelaw.com
        Charles E. Webster   on behalf of Creditor Bernice  Fitak mablawl@voyager.net,
        cwebster@mablawltd.com
        Charles E. Webster   on behalf of Plaintiff Bernice  Fitak mablawl@voyager.net,
        cwebster@mablawltd.com
        Dennis L Leahy   on behalf of Defendant Robert J Yonkee, Jr. attyleahy@yahoo.com
        Dennis L Leahy   on behalf of Debtor Robert J Yonkee, Jr. attyleahy@yahoo.com
        Jennifer M. Hill   on behalf of Creditor Bernice  Fitak hilljenniferm@comcast.net,
        kevin@kevinrogerslaw.com,kevinrogerslaw@gmail.com

```
District/off: 0752-3          User: vgossett          Page 2 of 2          Date Rcvd: May 22, 2015
                             Form ID: pdf006          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Stephen G Balsley    on behalf of Plaintiff Stephen G Balsley sbalsley@bslbv.com,   IL47@ecfcbis.com
          Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,   IL47@ecfcbis.com
          Stephen G Balsley    sbalsley@bslbv.com,   IL47@ecfcbis.com
          Tiffany  Rodriguez    on behalf of Plaintiff Stephen G Balsley trodriguez@bslbv.com
                                                                                    TOTAL: 11
```