**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: YONKEE, ROBERT J, JR. | § Case No. 08-72959-TML |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $34,425.00                     Assets Exempt: $28,700.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00            Claims Discharged
                                                  Without Payment: $381,930.68

Total Expenses of Administration: $10,000.05

---

    3) Total gross receipts of $ 10,000.05 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.05 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 14,040.31 | 14,040.31 | 10,000.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 108,093.00 | 305,749.68 | 305,749.68 | 0.00 |
| **TOTAL DISBURSEMENTS** | $108,093.00 | $319,789.99 | $319,789.99 | $10,000.05 |

4) This case was originally filed under Chapter 7 on September 15, 2008. The case was pending for 83 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/07/2015          By: /s/STEPHEN G. BALSLEY
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Unscheduled inventory in business | 1249-000 | 10,000.05 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.05** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,750.01 | 1,750.01 | 1,240.51 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 293.00 | 293.00 | 207.70 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 177.22 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 11,451.50 | 11,451.50 | 8,117.51 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 88.00 | 88.00 | 62.38 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 20.00 | 20.00 | 14.18 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 24.91 | 24.91 | 17.66 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.02 | 6.02 | 6.02 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.67 | 10.67 | 10.67 |
| Rabobank, N.A. | 2600-000 | N/A | 11.03 | 11.03 | 11.03 |
| Rabobank, N.A. | 2600-000 | N/A | 11.44 | 11.44 | 11.44 |
| Rabobank, N.A. | 2600-000 | N/A | 13.73 | 13.73 | 13.73 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $14,040.31 | $14,040.31 | $10,000.05 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bernice Fitak | 7100-000 | 30,000.00 | 300,000.00 | 300,000.00 | 0.00 |
| 2 | Liebmann, Conway, Olejniczak& Jerry | 7100-000 | 0.00 | 3,764.50 | 3,764.50 | 0.00 |
| 3 | eCAST Settlement Corporation, assignee | 7100-000 | 1,412.00 | 1,485.18 | 1,485.18 | 0.00 |
| 4 | Rockford Mercantile | 7100-000 | 500.00 | 500.00 | 500.00 | 0.00 |
| NOTFILED | Medical Business Bureau | 7100-000 | 502.00 | N/A | N/A | 0.00 |
| NOTFILED | Mark D Wetterquist | 7100-000 | 30,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Kenneth Eisen & Associates | 7100-000 | 94.00 | N/A | N/A | 0.00 |
| NOTFILED | Merchants Credit Guide | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Collectors | 7100-000 | 550.00 | N/A | N/A | 0.00 |
| NOTFILED | Pellettieri & Associates | 7100-000 | 910.00 | N/A | N/A | 0.00 |
| NOTFILED | Van Dinter & Associates | 7100-000 | 342.00 | N/A | N/A | 0.00 |
| NOTFILED | Gandrud | 7100-000 | 3,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Meyer & Njus | 7100-000 | 32,101.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 514.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 707.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 18.00 | N/A | N/A | 0.00 |
| NOTFILED | Amcore Bank | 7100-000 | 101.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 7100-000 | 1,676.00 | N/A | N/A | 0.00 |
| NOTFILED | Dependon Collection Service | 7100-000 | 959.00 | N/A | N/A | 0.00 |
| NOTFILED | Asset Acceptance | 7100-000 | 803.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Protection | 7100-000 | 2,944.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 360.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$108,093.00** | **$305,749.68** | **$305,749.68** | **$0.00** |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-72959-TML  
**Case Name:** YONKEE, ROBERT J, JR.  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 09/15/08 (f)  
**§341(a) Meeting Date:** 10/16/08  

**Period Ending:** 08/07/15  
**Claims Bar Date:** 07/28/10  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 25.00 | 0.00 | | 0.00 | FA |
| 2 | National City Bank checking | 800.00 | 0.00 | | 0.00 | FA |
| 3 | National City Bank savings | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 7 | 8 rifles | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | 401K | 22,000.00 | 0.00 | | 0.00 | FA |
| 9 | 1996 Harley Davidson 11,000 miles | 2,500.00 | 0.00 | | 0.00 | FA |
| 10 | 1973 Harley Davidson 28,000 miles<br>  See Amended Schedule C filed 10/16/08. | 2,500.00 | 0.00 | | 0.00 | FA |
| 11 | 1978 Harley Davidson 18,000 miles | 3,500.00 | 0.00 | | 0.00 | FA |
| 12 | Unscheduled inventory in business  (u)<br>  ADVERSARY CASE NO. 12-96056.  See Agreed<br>Judgment Order entered 1/6/14. | Unknown | 25,000.00 | | 10,000.05 | FA |
| 12 | **Assets    Totals** (Excluding unknown values) | **$34,425.00** | **$25,000.00** | | **$10,000.05** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    September 15, 2011    **Current Projected Date Of Final Report (TFR):**    April 24, 2015  (Actual)

Printed: 08/07/2015 03:38 PM    V.13.23

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-72959-TML  
**Case Name:** YONKEE, ROBERT J, JR.  
**Taxpayer ID #:** **-***3033  
**Period Ending:** 08/07/15

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0066 - Checking Account  
**Blanket Bond:** $8,842,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/15/14 | {12} | Robert J. Yonkee | Installment Payment #1 toward Judgment pursuant toward Agreed Judgment Order entered January 6, 2014 | 1249-000 | 666.67 | | 666.67 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 656.67 |
| 02/19/14 | {12} | Robert J. Yonkee | Installment Payment #2 toward Judgment pursuant to Agreed Judgment Order | 1249-000 | 666.67 | | 1,323.34 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,313.34 |
| 03/20/14 | {12} | Delavan Lake Autosports | Installment payment #3 toward Judgment pursuant to Agreed Judgment Order | 1249-000 | 666.67 | | 1,980.01 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,970.01 |
| 04/16/14 | {12} | Delevan Lake Autosports | Installment Payment #4 toward Judgment pursuant to Agreed Judgment Order | 1249-000 | 666.67 | | 2,636.68 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,626.68 |
| 05/20/14 | {12} | Delavan Lake Autosports | Installment payment #5 toward Judgment pursuant to Agreed Judgment Order | 1249-000 | 666.67 | | 3,293.35 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,283.35 |
| 06/06/14 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/06/2014 FOR CASE #08-72959 | 2300-000 | | 6.02 | 3,277.33 |
| 06/27/14 | {12} | Delavan Lake Autosports | Installment payment #6 toward Judgment pursuant to Agreed Judgment Order | 1249-000 | 666.67 | | 3,944.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,934.00 |
| 07/17/14 | {12} | Delavan Lake Autosports | Installment payment #7 toward Judgment pursuant to Agreed Judgment Order | 1249-000 | 666.67 | | 4,600.67 |
| 07/24/14 | {12} | Robert Yonkee | Installment Payment #8 toward Judgment pursuant to Agreed Judgment Order | 1249-000 | 666.67 | | 5,267.34 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,257.34 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,247.34 |
| 09/22/14 | {12} | Delavan Lake Auto Sports | Installment payment #9 toward Judgment pursuant to Agreed Judgment Order | 1249-000 | 666.67 | | 5,914.01 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,904.01 |
| 10/28/14 | {12} | Delavan Lake Auto Sports | Installment payment #10 toward Judgment pursuant to Agreed Judgment Order | 1249-000 | 666.67 | | 6,570.68 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,560.68 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,550.68 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.67 | 6,540.01 |
| 01/06/15 | {12} | Delavan Lake Auto Sports | Installment payment #11 toward Judgment pursuant to Agreed Judgment Order | 1249-000 | 666.67 | | 7,206.68 |

Subtotals : $7,333.37    $126.69

{} Asset reference(s)

Printed: 08/07/2015 03:38 PM    V.13.23

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-72959-TML  
**Case Name:** YONKEE, ROBERT J, JR.  

**Taxpayer ID #:** **-***3033  
**Period Ending:** 08/07/15  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0066 - Checking Account  
**Blanket Bond:** $8,842,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/09/15 | {12} | Delavan Lake Auto Sports | Installment payment #12 toward Judgment pursuant to Agreed Judgment Order | 1249-000 | 666.67 | | 7,873.35 |
| 01/16/15 | {12} | Delavan Lake Auto Sports | Installment payment #13 toward Judgment pursuant to Agreed Judgment Order | 1249-000 | 666.67 | | 8,540.02 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.03 | 8,528.99 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.44 | 8,517.55 |
| 03/16/15 | {12} | Delavan Lake Auto Sports | Installment payment #14 toward Judgment pursuant to Agreed Judgment Order | 1249-000 | 666.67 | | 9,184.22 |
| 03/23/15 | {12} | Delavan Lake Auto Sports | Installment payment #15 (Final) toward Judgment pursuant to Agreed Judgment Order | 1249-000 | 666.67 | | 9,850.89 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.73 | 9,837.16 |
| 06/17/15 | 102 | STEPHEN G. BALSLEY | Dividend paid 70.88% on $1,750.01, Trustee Compensation; Reference: | 2100-000 | | 1,240.51 | 8,596.65 |
| 06/17/15 | 103 | Barrick, Switzer, Long, Balsley & Van Evera | Combined Check for Claims#et_al. | | | 8,211.73 | 384.92 |
| | | | Dividend paid 70.88% on $20.00; Claim# ; Filed: $20.00    14.18 | 3120-000 | | | 384.92 |
| | | | Dividend paid 70.88% on $24.91; Claim# ; Filed: $24.91    17.66 | 3120-000 | | | 384.92 |
| | | | Dividend paid 70.88% on $88.00; Claim# ; Filed: $88.00    62.38 | 3120-000 | | | 384.92 |
| | | | Dividend paid 70.88% on $11,451.50; Claim# ; Filed: $11,451.50    8,117.51 | 3110-000 | | | 384.92 |
| 06/17/15 | 104 | U.S. Bankruptcy Court | Combined Check for Claims#et_al. | | | 384.92 | 0.00 |
| | | | Dividend paid 70.88% on $250.00; Claim# ; Filed: $250.00    177.22 | 2700-000 | | | 0.00 |
| | | | Dividend paid 70.88% on $293.00; Claim# ; Filed: $293.00    207.70 | 2700-000 | | | 0.00 |

Subtotals :    $2,666.68    $9,873.36

{} Asset reference(s)

Printed: 08/07/2015 03:38 PM    V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-72959-TML | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | YONKEE, ROBERT J, JR. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0066 - Checking Account |
| Taxpayer ID #: | **-***3033 | | Blanket Bond: | $8,842,000.00   (per case limit) |
| Period Ending: | 08/07/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 10,000.05 | 10,000.05 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,000.05 | 10,000.05 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,000.05** | **$10,000.05** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******0066 | 10,000.05 | 10,000.05 | 0.00 |
| | $10,000.05 | $10,000.05 | $0.00 |

{} Asset reference(s)

Printed: 08/07/2015 03:38 PM    V.13.23